# United States Court of Appeals
### For the Eighth Circuit

_____

No. 17-1878

_____

United States of America

*Plaintiff - Appellee*

v.

Michael Lee Haynes

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: November 21, 2017
Filed: November 28, 2017
[Unpublished]

_____

Before GRUENDER, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Michael Lee Haynes appeals the within-Guidelines sentence the district court[1] imposed upon revoking his supervised release. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

---

[1]The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.

Haynes's counsel has filed a brief asserting that there are no nonfrivolous issues for appeal, and moved to withdraw. After careful review of the record, this court concludes that the district court did not abuse its discretion in sentencing Haynes. *See United States v. Miller*, 557 F.3d 910, 915-18 (8th Cir. 2009) (standard of review); *United States v. Petreikis*, 551 F.3d 822, 824 (8th Cir. 2009) (applying presumption of substantive reasonableness to revocation sentence within Guidelines range).

The judgment is affirmed. Counsel's motion to withdraw is granted.

_____